UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAMIAN HENDRICKS and MICHAEL MINZIE, individually and on behalf of other similarly situated individuals,<br><br>    **Plaintiffs,**<br><br>    **v.**<br><br>J.P. MORGAN CHASE BANK, N. A.,<br><br>    **Defendant.** | CASE NUMBER: 3:08-cv-613 (JCH)<br><br><br><br>August 26, 2009 |

DECLARATION OF THOMAS A. LINTHORST
IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS AND COLLECTIVE ACTION CERTIFICATION

I, Thomas A. Linthorst, hereby declare as follows:

1.    I am an attorney at the law firm of Morgan, Lewis & Bockius LLP, counsel of record for Defendant JPMorgan Chase Bank, N.A ("JPMorgan Chase"). I have personal knowledge of the facts set forth in this declaration and make this declaration in support of JPMorgan Chase's Opposition to Plaintiffs' Motion for Class and Collective Action Certification.

2.    JPMorgan Chase served responses to Plaintiff Hendricks' first set of discovery requests on October 28, 2008.

3.    JPMorgan Chase served responses to Plaintiffs' second set of document requests and interrogatories on February 13, 2009.

4.    Plaintiffs served a third set of document requests and interrogatories on April 27, 2009, and JPMorgan Chase served responses on June 1, 2009. A copy of JPMorgan Chase's response to Interrogatory No. 1 is attached hereto as Exhibit A. The document referenced therein Bates-numbered HEND0024276 through HEND0024281 were attached as Exhibit "C" to Plaintiffs' Memorandum of Law in support of their motion for class and collective action certification. Docket No. 71. In its response to Interrogatory No. 1, JPMorgan Chase clearly

stated that the figures included in the document referenced therein covered the time period "since 2005."

 5. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Charles Adams, who is a putative class member based on the definition described by Plaintiffs.

 6. Attached hereto as Exhibit C is a true and correct copy of the Declaration of Lobsang Avah, who is a putative class member based on the definition described by Plaintiffs.

 7. Attached hereto as Exhibit D is a true and correct copy of the Declaration of Daniel Bauer, who is a putative class member based on the definition described by Plaintiffs.

 8. Attached hereto as Exhibit E is a true and correct copy of the Declaration of Thomas Chiappini, who is a putative class member based on the definition described by Plaintiffs.

 9. Attached hereto as Exhibit F is a true and correct copy of the Declaration of Paul Cordasco, who is a putative class member based on the definition described by Plaintiffs.

 10. Attached hereto as Exhibit G is a true and correct copy of the Declaration of Daniel Fromm, who is a putative class member based on the definition described by Plaintiffs.

 11. Attached hereto as Exhibit H is a true and correct copy of the Declaration of Justin Goodman, who is a putative class member based on the definition described by Plaintiffs.

 12. Attached hereto as Exhibit I is a true and correct copy of the Declaration of Brian Henehan, who is a putative class member based on the definition described by Plaintiffs.

 13. Attached hereto as Exhibit J is a true and correct copy of the Declaration of Richard Kosak, who is a putative class member based on the definition described by Plaintiffs.

 14. Attached hereto as Exhibit K is a true and correct copy of the Declaration of Umer Malik, who is a putative class member based on the definition described by Plaintiffs.

 15. Attached hereto as Exhibit L is a true and correct copy of the Declaration of Andrew Parchem, who is a putative class member based on the definition described by Plaintiffs.

 16. Attached hereto as Exhibit M is a true and correct copy of the Declaration of Sheila Powers, who is a putative class member based on the definition described by Plaintiffs.

17.     Attached hereto as Exhibit N is a true and correct copy of the Declaration of Jonathan Ristau, who is a putative class member based on the definition described by Plaintiffs.

18.     Attached hereto as Exhibit O is a true and correct copy of the Declaration of Magdaline Rodriguez, who is a putative class member based on the definition described by Plaintiffs.

19.     Attached hereto as Exhibit P is a true and correct copy of the Declaration of Eugene Roemischer, who is a putative class member based on the definition described by Plaintiffs.

20.     Attached hereto as Exhibit Q is a true and correct copy of the Declaration of Christina Barbara Saxton, who is a putative class member based on the definition described by Plaintiffs.

21.     Attached hereto as Exhibit R is a true and correct copy of the Declaration of Hoc Tran, who is a putative class member based on the definition described by Plaintiffs.

22.     Attached hereto as Exhibit S is a true and correct copy of the Declaration of Rumi Usuzawa, who is a putative class member based on the definition described by Plaintiffs.

23.     Attached hereto as Exhibit T is a true and correct copy of selected pages from the transcript of the April 13, 2009 deposition of Carolyn Zaletsky.

24.     Attached hereto as Exhibit U is a true and correct copy of selected pages from the transcript of the April 22, 2009 deposition of Melissa Milano.

25.     Attached hereto as Exhibit V is a true and correct copy of selected pages from the transcript of the June 5, 2009 deposition of James DePalo.

26.     Attached hereto as Exhibit W is a true and correct copy of selected pages from the transcript of the June 10, 2009 deposition of Tunde Reddy.

27.     Attached hereto as Exhibit X is a true and correct copy of the Declaration of James DePalo.

28.     Attached hereto as Exhibit Y is a true and correct copy of the Declaration of Melissa Milano.

29.     Attached hereto as Exhibit Z is a true and correct copy of the Declaration of Ken Onorio.

30.     Attached hereto as Exhibit AA is a true and correct copy of the Declaration of Tunde Reddy.

31.     Attached hereto as Exhibit BB is a true and correct copy of the Declaration of Sue Schlomas.

32.     Attached hereto as Exhibit CC is a true and correct copy of selected pages from the transcript of the February 24, 2009 deposition of Plaintiff Damian Hendricks.

33.     Attached hereto as Exhibit DD is a true and correct copy of Exhibit 1 from the February 24, 2009 deposition of Plaintiff Damian Hendricks.

34.     Attached hereto as Exhibit EE is a true and correct copy of Exhibit 5 from the February 24, 2009 deposition of Plaintiff Damian Hendricks.

35.     Attached hereto as Exhibit FF is a true and correct copy of Exhibit 29 from the February 24, 2009 deposition of Plaintiff Damian Hendricks.

36.     Attached hereto as Exhibit GG is a true and correct copy of Exhibit 30 from the February 24, 2009 deposition of Plaintiff Damian Hendricks.

37.     Attached hereto as Exhibit HH is a true and correct copy of Exhibit 32 from the February 24, 2009 deposition of Plaintiff Damian Hendricks.

38.     Attached hereto as Exhibit II is a true and correct copy of selected pages from the transcript of the April 17, 2009 deposition of Plaintiff Michael Minzie.

39.     Attached hereto as Exhibit JJ is a true and correct copy of Exhibit 3 from the February 24, 2009 deposition of Plaintiff Michael Minzie.

40.     Attached hereto as Exhibit KK is a true and correct copy of Exhibit 18 from the February 24, 2009 deposition of Plaintiff Michael Minzie.

41.     Attached hereto as Exhibit LL is a true and correct copy of Exhibit 19 from the February 24, 2009 deposition of Plaintiff Michael Minzie.

4

42.     Attached as Exhibit MM are job requisitions that JPMorgan Chase produced and were posted for positions with job codes of OP0909 and OP0908 since April 2005.  JPMorgan Chase prepares and maintains such job requisitions in the ordinary course of business and produced these job requisitions to Plaintiffs during the course of discovery.

43.     Attached hereto as Exhibit NN is a true and correct copy of the Court's July 6, 2009 opinion in the case of Nguyen v. BDO Seidman, LLP, No. 07 Civ. 1352, slip op. at 13-14 (C.D. Cal. July 6, 2009).

44.     Attached hereto as Exhibit OO is a true and correct copy of the Court's August 3, 2009 opinion in the case of Miranda v. Citibank, N.A., No. 09 Civ. 1553, slip op. at 6 (C.D. Cal. Aug. 3, 2009).

45.     During discovery, Plaintiffs never requested the names or private contact information for putative class members.


I declare under penalty of perjury that the foregoing is true and correct. Executed on August 26, 2009.

_____
Thomas A. Linthorst